SEALED



1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

FILED

MAR 19 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

In Re Search Warrant for 705-709  )  CASE NO. 2:12-SW-0046 KJN
S. California Street, Stockton,   )
CA, et al.                        )
                                  )  **AMENDED SEALING ORDER**
                                  )

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above captioned Application for Search Warrant, Affidavit in Support of Search Warrant, Search Warrant, and attachments thereto, presently sealed, are ordered unsealed only to the extent that government counsel may provide copies of these documents in the discovery process to defense counsel in pending criminal case(s) resulting from searches executed pursuant to these documents.  In providing the copies, the Court acknowledges that the government intends to redact such portion of the affidavit as applies to the ongoing investigation (from the paragraph marked 27a on page 13 through the paragraph marked 27f on page 16).  Defense counsel can request reconsideration of this order if a valid need is demonstrated for the redacted material.

The Clerk of the Court shall continue to consider the matter sealed for purposes of electronic filing.

Date: March 19, 2012                    _____