1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



**FILED**

OCT 16 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

5

6           IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF CALIFORNIA
7

8
   In Re Search Warrant for 705-709 )   CASE NO. 2:12-SW-0046 KJN
9  S. California Street, Stockton,  )
   CA, et al.                       )
10                                  )   **UNSEALING ORDER**
                                    )
11 _____)

12      Upon application of the United States of America and good cause
13 having been shown,
14      IT IS HEREBY ORDERED that the above captioned Application for
15 Search Warrant, Affidavit in Support of Search Warrant, Search
16 Warrant, and attachments thereto, are ordered unsealed in their
17 entirety for all purposes.
18
19 Date: October 16, 2012
20                                    _____
                                      EDMUND F. BRENNAN
21                                    U.S. Magistrate Judge